UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 25-40431-MWC
Chapter 13

In re : Tiffany Lorene Canidate and
Teddy Maurice Canidate,

Debtors.
_______________________________/

**MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**

Pursuant to 11 U.S.C. § 1307(a) the above-named Debtor requests that this Court enter an Order converting this case filed under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, on the grounds set forth below.

1. On September 9, 2025, the above-named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. Debtors seek conversion to Chapter 7.

3. This case has not been previously converted.

4. This motion is made in good faith.

WHEREFORE, Debtors respectfully requests an order converting this case filed under Chapter 13 to Chapter 7 of the Bankruptcy Code and for such further relief this Court deems just and proper.

Dated: August 25, 2026

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on August 25, 2026 to the following person(s) at the email address(es) noted herein:

   Leigh A. Duncan
   ldhdock@earthlink.net , ldhtre@earthlink.net ; ldhadmin@earthlink.net

   United States Trustee
   USTPRegion21.TL.ECF@usdoj.gov

   Chad D. Heckman on behalf of Creditor Farmers Home Furniture Co.
   eservice@heckmanlawgroup.com

2. **Served by the Court via First Class U.S. Mail:** I have confirmed that the foregoing document was served by U.S. First Class Mail on August 25, 2026 to the following person(s) at the email address(es) noted herein:

   Mailing Matrix

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.

Label Matrix for local noticing
1129-4
Case 25-40431-MWC
Northern District of Florida
Tallahassee
Tue Aug 25 13:33:11 EDT 2026

(p)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

Teddy Maurice Canidate
139 Byrd Road
Quincy, FL 32351-7278

Tiffany Lorene Canidate
139 Byrd Road
Quincy, FL 32351-7278

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Farmers Home Furniture Co.
Heckman Law Group
c/o Chad D. Heckman
P.O. Box 12492
Tallahassee, FL 32317-2492

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

U.S. Securities & Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Rd NE
Ste. 900
Atlanta, GA 30326-1382

(p)UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET
4TH FLOOR
TALLAHASSEE FL 32301-7730

Advanced Dental Care
2807 Capital Medical Blvd Ste A
Tallahassee, FL 32308-4438

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Aidvantage on behalf of
Dept of Education
PO Box 300001
Greenville Tx 75403-3001

American Credit Acceptance
Attn: Bankruptcy
961 E Main St, Fl 2
Spartanburg,, SC 29302-2185

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital Regional Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Chime
Attn: Bankruptcy
101 California Street, Suite 500
San Francisco, CA 94111-5802

Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104-0417

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Dept Of Ed/aidvantage
Po Box 300001
Greenville, TX 75403-3001

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501-2561

Direct Auto
PO Box 1996
Memphis, TN 38101-1996

Direct Auto Insurance
PO Box 17905
Nashville, TN 37217-0905

(p)FARMERS FURNITURE
ATTN CORPORATE CREDIT DEPT
PO BOX 1140
DUBLIN GA 31040-1140

GEICO Indemnity Company
One Geico Plaza
Washington, DC 20076-0005

Geico
One Geico Plaza
Bethesda, MD 20811-0001

Geico Insurance
5260 Western Avenue
Chevy Chase, MD 20815-3701

HCA Capital Hospital
PO Box 290669
Nashville, TN 37229-0669

HCA FL Capital Hosp 00355
P.O. Box 740771
Cincinnati, OH 45274-0771

HCA Florida Capital Hospital
2626 Capital Medical Blvd.
Tallahassee, FL 32308-4402

HUGHES FEDERAL CREDIT UNION
PO BOX 11900 TUCSON AZ 85734

Hughes Federal Credit Union
8095 S Nogales Hwy
Tucson, AZ 85706

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital System, LLC
312 S. Jackson, MI
Jackson, MI 49201-2231

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

MOHELA on behalf of
Ascendium Education Solutions Inc
PO BOX 8961
Madison, WI 53708-8961

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

(p)MOBILOANS LLC
151 MELACON RD
MARKSVILLE LA 71351-3065

Mohela/navient
633 Spirit Drive
Chesterfield, MO 63005-1243

Purchasing Power, LLC
1349 W Peachtree St NW STE 1100
Atlanta, GA 30309-2956

Purchasing Power, LLC
2727 Paces Ferry Road SE Bldg 2,Ste 1200
Atlanta, GA 30339-6199

Quantum3 Group LLC as agent for
CKS Prime Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Redemption Orthodontics
1384 Timberlane Rd,
Tallahassee, FL 32312-1766

SWC Group
4120 International Parkway #100
Carrollton, TX 75007-1957

Smilework
1771 Capital Cir NE
Tallahassee, FL 32308-5517

Tallahassee Memorial Healthcare
1300 Miccosukee Road
Tallahassee, FL 32308-5037

Tallahassee Memorial Heathcare
1300 Miccosukee Rd.
Tallahassee, FL 32308-5037

Tallahassee Memorial Hospital
c/o Thrive
PO Box 58015
Raleigh, NC 27658-8015

Tek-Collect Inc.
871 Park St
Columbus, OH 43215-1441

US Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

Xfinity/Comcast
PO Box 71211
Charlotte, NC 28272-1211

United States Trustee +
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

(p)LEIGH A DUNCAN
ATTN CHAPTER 13 BANKRUPTCY TRUSTEE
P O BOX 646
TALLAHASSEE FL 32302-0646

United States Attorney General +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Chad D. Heckman +
Heckman Law Group
Attorneys and Counselors at Law
P.O. Box 12492
Tallahassee, FL 32317-2492

India Footman +
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301-3729

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corporation
P.O. Box 477
Knoxville, TN 37901

United States Attorney's Office
111 North Adams Street
4th Floor
Tallahassee, FL 32301-7730

(d)21st Mortgage Corp
Attn: Bankruptcy
620 Market Street
Knoxville, TN 37902

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd 4th Floor
Sherman Oaks, CA 91411

Farmers Home Furniture
Attn: Bankruptcy
Po Box 1140
Dublin, GA 31040

(d)Farmers Home Furniture
Attn: Corporate Credit Department
P.O. Box 1140
Dublin, GA 31040

Jefferson Capital System, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9917

Mobiloans, LLC
Attn: Bankruptcy
Po Box 1409
Marksville, LA 71351

Leigh A. Duncan +
Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)21st Mortgage Corporation - PO BOX 477 Kno

(d)Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 57 |
| Bypassed recipients | 2 |
| Total | 59 |